IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HERITAGE HOME GROUP LLC, *et al.*,<br><br>                    Debtors,[1] | Chapter 7<br><br>Case No. 18-11736 (BLS)<br><br>Jointly Administered |
| HERITAGE HOME GROUP LLC,<br><br>                    Plaintiff,<br>    v.<br><br>ANGELUS FURNITURE OUTLET, INC.<br>CABOT HOUSE INC.<br>CAMPBELL & CO. INC.<br>PLUM MANAGEMENT LLC<br>QUALITY FURNITURE, LLC<br>SAMALCO LLC<br>THE ANNEX LLC<br>d/b/a THOMASVILLE DREXEL<br>TOW OF WISCONSIN, INC.<br><br>                  Defendants. | Adv. Proc. No. 18-50968 (BLS)<br>Adv. Proc. No. 19-50000 (BLS)<br>Adv. Proc. No. 19-50001 (BLS)<br>Adv. Proc. No. 19-50002 (BLS)<br>Adv. Proc. No. 19-50003 (BLS)<br>Adv. Proc. No. 19-50004 (BLS)<br><br>Adv. Proc. No. 19-50005 (BLS)<br>Adv. Proc. No. 19-50006 (BLS)<br><br>**Re: Adv. D.I. 1, 11, 12, 40, 41 & 42** |

**NOTICE OF COMPLETION OF BRIEFING ON
DEFENDANTS' MOTIONS TO DISMISS COMPLAINT**

Pursuant to Del. Bankr. L.R. 7007-4, the above-captioned defendants (the "Defendants"), by and through their undersigned counsel, hereby notify the Court that briefing has been completed on each of their respective *Defendant's Motion to Dismiss Complaint* (the "Motion") [Adv. D.I. 10].[2] The pleadings relevant to the Motions are as follows:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165): HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

[2] Unless stated otherwise, all references to 'Adv. D.I. __' shall refer to the docket in Adversary No. 18-50968.

{00029119. }

1. Complaint [Adv. D.I. 1; filed 01/04/2019]

2. Defendant's Motion to Dismiss Complaint [Adv. D.I. 11; filed 02/26/2019]

3. Memorandum of Law in Support of Motion by Defendant to Dismiss Adversary Proceeding [Adv. D.I. 12; filed 02/26/2019]

4. PNC Bank, N.A.'s Memorandum of Law in Opposition to Motion by Defendant to Dismiss Adversary Proceeding [Adv. D.I. 40; filed 08/24/2020]

5. Memorandum of Law for Reply in Support of Motion by Defendant to Dismiss Adversary Proceeding [Adv. D.I. 41; filed 09/14/2020]

6. Defendant's Request for Oral Argument [Adv. D.I. 42; filed 09/28/2020]

Dated: October 1, 2020
Wilmington, Delaware

Respectfully Submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE #3995)
Jason A. Gibson (DE #6091)
Zhao (Ruby) Liu (DE #6436)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com
gibson@teamrosner.com
liu@teamrosner.com

- and –

**FENNEMORE CRAIG, P.C.**
Anthony W. Austin
2394 E. Camelback Road, Ste. 600
Phoenix, AZ 85016
Telephone: 602-916-5000
Email: aaustin@fclaw.com

*Counsel to Defendants*